### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| KAMON ROSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | 1:21-cv-00065-SDG |
| HHC PROPERTY I, LLC ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. Plaintiff and Defendant hereby respectfully request that this Court administratively close the file to allow thirty (30) days within which to complete the settlement, during which time Plaintiff and Defendant request that the Court retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 18th day of April, 2022.

**KITCHENS KELLEY GAYNES, P.C.**

By: /s/ *C. Joseph Hoffman*
C. Joseph Hoffman
Georgia Bar No. 984961
*Attorney for Defendant*

Glenridge Highlands One - Suite 800
5555 Glenridge Connector
Atlanta, GA 30342
Telephone: (404) 237-4100
Facsimile: (404) 364-0126
Email: jhoffman@kkgpc.com

          **M. CARTER LAW LLC**

          /s/ *Meredith J. Carter*
          Meredith J. Carter
          Georgia Bar No. 325422
          *Attorney for Plaintiff*

2690 Cobb Parkway SE, Suite A5-294
Smyrna, Georgia 30080
Telephone: (404) 618-3838
Email: meredith@mcarterlaw.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

                                                           */s/ C. Joseph Hoffman*
                                                           C. Joseph Hoffman

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will automatically serve a copy of such filing, and via U.S. First Class Mail, postage prepaid, addressed as follows:

Meredith J. Carter
M. CARTER LAW LLC
2690 Cobb Parkway
Suite A5-294
Smyrna, GA 30080
meredith@mcarterlaw.com
*Attorney for Plaintiff*

This 18th day of April 2022.

                                 **KITCHENS KELLEY GAYNES, P.C.**

                                 By:   /s/ *C. Joseph Hoffman*
                                        C. Joseph Hoffman
                                        Georgia Bar No. 984961
                                        *Attorney for Defendant*

Glenridge Highlands One - Suite 800
5555 Glenridge Connector
Atlanta, GA 30342
Telephone: (404) 237-4100
Facsimile: (404) 364-0126
Email: jhoffman@kkgpc.com